IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK NA,<br><br>    Plaintiff,<br><br>  v.<br><br>BARBARA ROOKER FAMILY TRUST,<br>CHRISTOPHER JAMAR [SUMMERS],<br><br>    Defendants<br>                                                             / | No. C 11-3299 JSC<br><br>**SUA SPONTE REQUEST FOR**<br>**RELATED CASE DETERMINATION**<br>(Civil L.R. 3-12(c)) |

On April 27, 2011, defendant Christopher Lamar purported to remove an unlawful detainer action in Marin County Superior Court to the Northern District of California, and the removed action, <u>Wells Fargo Bank, NA v. Barbara J. Rooker Family Trust</u>, was assigned case number 11-2070 RS. On May 11, 2011, the District Court issued a summary order of remand. (Dkt. No. 15) On July 6, 2011, Mr. Lamar again attempted to remove an unlawful detainer action from the Marin County Superior Court to this Court. This new action was assigned case number 11-3299 JSC and assigned to the undersigned judge. It appears that this latest removed action is identical to 11-2070 RS, the action remanded on May 11, 2011.

Accordingly, pursuant to Northern District of California Local Rule 3-12(c), the Court requests that the Honorable Richard Seeborg, the Judge assigned to the earlier-filed case, consider whether the above action and <u>Wells Fargo Bank, NA v. Barbara J. Rooker Family Trust</u>, 11-2070 RS are related within the meaning of Local Rule 3-12.

**IT IS SO ORDERED.**

Dated: July 13, 2011

JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE