IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER JAMAR SUMMERS,

Plaintiff,

v.

WELLS FARGO BANK NA, *et al.*,

Defendants.

No. C 11-04147 WHA

**SUA SPONTE REQUEST FOR RELATED CASE DETERMINATION**

In April 2011, Christopher Jamar Summers purported to remove an unlawful detainer action to this district court. The removed action, No. C 11-02070, was assigned to Judge Seeborg. In July 2011, Mr. Summers again attempted to remove an unlawful detainer action to this district court. The second removed action, No. C 11-03299, was found to be related to the earlier action and was reassigned to Judge Seeborg. Mr. Summers now has filed a third action. It appears to be premised upon the two previous actions. Pursuant to Civil Local Rule 3-12(c), Judge Seeborg is requested to determine whether the above-captioned action, No. C 11-04147, is related to the earlier filed actions, Nos. C 11-02070 and 11-03299.

**IT IS SO ORDERED.**

Dated: September 6, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE